[No. 17771. Department One. February 23, 1923.]

KENNETH SISSON et al., Plaintiffs, v. CHARLES H. HARVEY, Respondent, SECURITY BENEFIT ASSOCIATION, Appellant.[1]

APPEAL (195, 207)—BONDS—OBLIGEE—ADVERSE PARTY—DEFECTS—AMENDMENTS. An appeal bond which is not given to the adverse party is ineffectual, and is not capable of amendment under Rem. Comp. Stat., § 1730-9.

Appeal from a judgment of the superior court for King county, Webster, J., entered July 31, 1922, upon the verdict of a jury rendered in favor of one defendant by direction of the court, in an action on a benefit certificate. Appeal dismissed.

Thos. H. Bain, for appellant.

R. J. Meakim and H. A. P. Myers, for respondent.

PER CURIAM.—The appeal bond in this case was not given by the appellants to the adverse party to the judgment and is therefore ineffectual. Bruhn v. Steffins, 66 Wash. 144, 199 Pac. 29. The situation is unfortunately such that an amended bond cannot be filed, and the benefit of § 1730-9, Rem. Comp. Stat., is not available. Mogelberg v. Calhoun, 94 Wash. 662, 163 Pac. 29; Salvino v. Taylor Mill Co., 102 Wash. 507, 173 Pac. 433; Den Bleyker v. King County, 108 Wash. 687, 185 Pac. 613.

For that reason the appeal must be dismissed.

[1]Reported in 212 Pac. 1052.